UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**CORIENA R. HANKE**,                                    Civil Case No. 3:12-CV-00598-KI

       Plaintiff,                                        JUDGMENT

  v.

**COMMISSIONER, Social Security Administration**,

       Defendant.


Karen Stolzberg
11830 SE Kerr Parkway, #315
Lake Oswego, OR 97035

    Attorney for Plaintiff

S. Amanda Marshall
United States Attorney
District of Oregon

Page 1 - JUDGMENT

Adrian L. Brown
Assistant United States Attorney
1000 SW Third Ave., Suite 600
Portland, OR 97201-2902

Jeffrey R. McClain
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Suite 2900 M/S 221A
Seattle, WA 98104-7075

       Attorneys for Defendant

KING, Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is reversed.  The case is remanded for a finding of disability.

IT IS SO ORDERED.

DATED this   6th   day of March, 2013.

          /s/ Garr M. King
          Garr M. King
          United States District Judge