**KAREN STOLZBERG**, OSB #83092
kstolzberg@juno.com
4370 N.E. Halsey Street
Portland, Oregon 97213
Telephone: (503) 251-0707
Fax: (503 251-0708
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**CORIENA HANKE**                          \Civil No. 3:12-CV-00598-KI

         Plaintiff,                        ORDER AUTHORIZING 406(b) FEES

vs.

**COMMISSIONER,**
Social Security Administration,

         Defendant.

      Pursuant to 42 U.S.C. 406 (b), reasonable attorney fees in the amount of **$9,065.00** are

hereby awarded to Plaintiff's attorney, Karen Stolzberg. Previously, this court awarded Ms.

Stolzberg **$6992.85**, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. 2412(d).

When issuing the 406(b) check, therefore, the agency is directed to subtract the amount

previously awarded under the EAJA and to send to Ms. Stolzberg the balance of **$2072.15**. Any

withheld amount then remaining should be released to plaintiff as soon as practicable.

      IT SO ORDERED. Dated this 31st day of _March_, 2014.

                            Judge Garr King

Order for Attorney Fees Under 42 USC 406(B)
Page 1